

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00130-CV
_____

MONEA WILLIAMS, APPELLANT

V.

ARBORETUM OAKS ATX, LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-24-000889, Honorable Eric M. Shepperd, Presiding

June 5, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Monea Williams, proceeding pro se, appeals from the trial court's *Final Judgment*.[1]  Williams's brief was due April 22, 2024, but was not filed.  By letter of April 29, 2024, we notified Williams that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 9.  To date, Williams has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam